IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:16-CV-780 |
| Plaintiff, | ) |
| | ) JUDGE JACK ZOUHARY |
| v. | ) |
| $43,191.15 SEIZED FROM FIFTH THIRD BANK CHECKING ACCOUNT NUMBER xxxxxx7792 PURSUANT TO THE EXECUTION OF A FEDERAL SEIZURE WARRANT, | ) |
| Defendant. | ) |

**ORDER FOR STAY**

The Court finds that good cause appears for the stay of the instant civil forfeiture proceeding. Therefore, this case is stayed pending resolution of the related criminal case of *United States v. Yahya Farooq Mohammad, Ibrahim Zubair Mohammad, Asif Ahmed Salim, and Sultane Roome Salim*, N.D. Ohio Case No. 3:15-CR-358 (Judge Jack Zouhary).

SO ORDERED this _____ day of April, 2016.

_____
Jack Zouhary
United States District Judge, N.D. Ohio